**Martin L. DUNSON and Lisa M. Jones, Administrators of the Estate of Marquis Matthew Dunson, Deceased**

v.

**McNEIL–PPC, INC., McNeil Consumer Healthcare, A Division of McNeil–PPC, Inc. and McNeil Consumer & Specialty Pharmaceuticals, A Division of Johnson & Johnson, Inc.**

Petition of Martin L. Dunson
and Lisa M. Jones.

Supreme Court of Pennsylvania.

Oct. 27, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of October 2009, the Petition for Allowance of Appeal is DENIED. The Application for Permission to Amend Response is GRANTED.